a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RAQUEL DEL SOCORRO ROA OJEDA #A246-077-649, Petitioner | CIVIL DOCKET NO. 6:26-CV-02990 SEC P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

---

# MEMORANDUM ORDER

Pro se Petitioner Raquel del Socorro Roa Ojeda's ("Roa Ojeda") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was filed by her son, Maycol J. Corea Roa ("Corea Roa"), who purports to act as Petitioner's "next friend." ECF No. 1 at 8. The filing reflects that Roa Ojeda authorized Corea Roa by telephone to sign the Petition on her behalf. *Id.* at 9. However, the Petition does not explain why Roa Ojeda is unable to prosecute this action on her own behalf.

A person seeking to proceed as a "next friend" must provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on her own behalf. *Whitmore v. Arkansas*, 495 U.S. 149, 163-64 (1990). The next friend must also be truly dedicated to the best interests of the person on whose behalf he seeks to litigate and generally must have some significant relationship with that person. *Id.*

Accordingly, IT IS ORDERED that, within 21 days of this Order, Corea Roa shall either: (1) supplement the Petition with facts providing an adequate explanation why his mother cannot appear on her own behalf, as required to establish next-friend standing under *Whitmore*; or (2) obtain Roa Ojeda's signature on the Petition's signature page and file the signed portion with the Court.

SIGNED on Monday, August 24, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE